| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RAS Citron, LLC**<br>Authorized Agent for Secured Creditor<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Facsimile: 973-404-8886<br><br>Laura Egerman, Esq. (LE-8250) | |
| In Re:<br><br>**Vincent Goodman,**<br><br>　　　　**Debtor.** | Case No.:    19-10361-JKS<br><br>Chapter:    7<br><br>Hearing Date: March 12, 2019<br><br>Judge:    John K. Sherwood |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

HEARING DATE AND TIME:
March 12, 2019 at 10:00 a.m.

**ORAL ARGUMENT IS REQUESTED IN THE EVENT
OPPOSITION IS TIMELY FILED**

TO:

| *Debtor-* | *Debtor's Attorney-* | Trustee- | *U.S. Trustee-* |
|---|---|---|---|
| Vincent Goodman<br>325 East Lake Avenue<br>Rahway, NJ 07065 | Lawrence Lofaro<br>Arnold & Lofaro<br>51 Newark St.<br>Ste. 305<br>Hoboken, NJ 07030 | Jay L. Lubetkin<br>Rabinowitz, Lubetkin &<br>Tully, L.L.C.<br>293 Eisenhower Parkway,<br>Suite 100<br>Livingston, NJ 07039 | U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 |

　　　　PLEASE TAKE NOTICE that on March 12, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard, RAS Citron, LLC, attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper the within creditor ("Creditor"), shall move before the Honorable John K. Sherwood, United States Bankruptcy Judge, at 50 Walnut Street, 3rd Floor, Newark, N.J. 07102, Courtroom 3D for an Order pursuant to 11 U.S.C. §362(d)(1) granting such Creditor relief from automatic

stay or, for costs and disbursements of this action, and for such other and further relief as to the Court may seem just and proper.

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the accompanying Certification in Support of Motion for Relief. A proposed form of Order is also being submitted. A Memorandum of Law has not been submitted because the issues raised by the Motion are not extraordinary or unusual necessitating the filing of legal briefs.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) specify with particularity the basis of the objection; and (iii) be filed with the **CLERK, UNITED STATES BANKRUPTCY COURT, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102** and simultaneously served on Secured Creditor's counsel, **RAS Citron, LLC, 130 Clinton Road, Lobby B, Suite 202, Fairfield, NJ 07004** so as to be received no later than seven (7) days before the return date set forth herein.

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed and served, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and the relief requested may be granted without a hearing.

PLEASE TAKE FURTHER NOTICE that counsel hereby requests oral argument in accordance with D.N.J. LBR 9013-1 (f) in the event opposition papers are timely filed.

DATED: February 13, 2019

RAS Citron, LLC
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

By: /s/ Laura Egerman
Laura Egerman, Esquire
Bar ID: LE-8250
Email: legerman@rasnj.com