UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RAS Citron, LLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Laura Egerman, Esq. (LE-8250)

In Re:

**Vincent Goodman,**

    **Debtor.**

Case No.:　　19-10361-JKS

Chapter:　　7

Hearing Date: March 12, 2019

Judge:　　John K. Sherwood

Recommended Local Form:　　☒ Followed　　☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED.**

Case 19-10361-JKS    Doc 10-3    Filed 02/13/19    Entered 02/13/19 18:28:05    Desc
Proposed Order    Page 2 of 2

Page **2**
Debtors: **Vincent Goodman**
Case No.: 19-10361-JKS
Caption of Order: **Order Vacating Stay**

___

Upon the motion of Nationstar Mortgage LLC d/b/a Mr. Cooper ("Secured Creditor") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Real property more fully described as:

**325 East Lake Avenue, Rahway, New Jersey 07065**

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

19-10361-JKS
18-133855
Order Vacating Stay