UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RABINOWITZ, LUBETKIN & TULLY, LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Jay L. Lubetkin
Proposed Counsel to Jay L. Lubetkin, Esq.,
Chapter 7 Trustee

Order Filed on February 24, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

VINCENT GOODMAN,
                    Debtor.

Case No.:  19-10361

Chapter:  7

Judge:  Sherwood

## ORDER AUTHORIZING RETENTION OF

BK Global Real Estate Services, LLC

The relief set forth on the following page is **ORDERED**.

**DATED: February 24, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain   BK Global Real Estate Services, LLC
as   Chapter 7 Trustee's real estate broker  , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:   1095 Broken Sound Parkway, N.W.
   Suite 100
   Boca Raton, FL 33487

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*