| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**RAS Citron, LLC**<br>Authorized Agent for Secured Creditor<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Facsimile: 973-404-8886<br><br>Laura M. Egerman, Esq. (LE-8250) | Order Filed on May 1, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**VINCENT GOODMAN,**<br><br>Debtor. | Case No.:    19-10361-JKS<br><br>Chapter:    7<br><br>Hearing Date:  April 30, 2019<br><br>Judge:    John K. Sherwood |

**ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF
FROM THE AUTOMATIC STAY AS TO
325 EAST LAKE AVENUE, RAHWAY, NEW JERSEY 07065**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: May 1, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Vincent Goodman
Case No.: 19-10361-JKS
Caption of Order: **Order Resolving Motion for Relief from the Automatic Stay**

THIS MATTER having come before the Court on the Motion for Relief from the Automatic Stay (Docket #10) (the "Motion") filed by RAS Citron, LLC, attorneys for Secured Creditor, Nationstar Mortgage, LLC d/b/a Mr. Cooper ("Secured Creditor") as to the property located at 325 East Lake Avenue, Rahway, New Jersey 07065 (the "Property"), and Jay. L. Lubetkin, Esq., Chapter 7 Trustee (hereinafter the "Trustee"), having opposed the Motion; and the parties agreeing to the entry of the Order settling the Motion, and for good cause shown; it is ORDERED AND DECREED as follows:

1. The automatic stay as to the Property is hereby vacated.

2. Secured Creditor will reschedule the Sheriff's Sale of the Property from Wednesday, May 1, 2019, to a date that is at least one hundred twenty (120) days from the date of the entry of this order.

3. The Trustee shall have one hundred twenty (120) days from the date of the entry of this Order, or as extended by further Court Order, to market and sell the subject Property.

4. Facsimile signatures shall be valid as original signatures and this Consent Order may be executed in counterparts.

The undersigned hereby consent to the form and entry of the foregoing order.

_____
Jay L. Lubetkin, Esq.
*Chapter 7 Trustee*
Date:

/s/ Laura Egerman
_____
Laura Egerman, Esq.
*Attorney for Secured Creditor*
Date: 04/29/2019